# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN H. COOK** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1428** |
| **FRANK X. NEUNER, ET AL.** | **SECTION:  J (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 4)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Plaintiff John H. Cook's Section 1983 claims against the Defendants, Frank X. Neuner, Jean M. Faria, John Simmons, James Linder, and David Sirera, are hereby **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's pendent state-law claims are hereby

**DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 11th day of July, 2012.

_____
**UNITED STATES DISTRICT JUDGE**